3

STATE OF MINNESOTA
COUNTY OF ~~RAMSEY~~
Dakota County

1 first
~~SECOND~~ JUDICIAL DISTRICT
DISTRICT COURT
CASE TYPE   Civil rights
FILE NUMBER

19HA-CV-19-5928

Howard Jackson
PLAINTIFF

VS.

Marthon corporation
Speedway
DEFENDANT

COMPLAINT

Filed in District Court
State of Minnesota

DEC 23 2019

PLAINTIFF, as and for its cause of action against the above-named defendant states and alleges as follows:

1. Howard Jackson became a cashier work at 1285 Speedway west st paul MN 55118 Nov 7th 2019 Jackson sueing for Whistleblower Retaliation Act Claim The false Claim Act, Discrimination Race

2. Wrongfully Removed from my fulltime 40 hours a week Then fired. Dec 14th 2019 got A verbal written up by Store Manager Tracy on Dec 15th got Removed from schedule

3. All this happened when i had everything Audio Recording The day Dec 14th Tracy said he was written me up for the wet floor Mop thing. Said i cussed at a worker Never will prove later. Then changed up Said i cussed him out.

4. I then called Jesse Sinadinos in back office before i left as Tracy told me to with Maria around, Told Jesse didn't like written up, so we Need to talk about the illegal things And Misconducts going on with Tracy, Maria, Carl on recording

5. Jesse set a date to meet my day off on Monday, Dec 16th should of been about the illegal misconducts, Reported. It was the other way around of being fired

6. I Reported sexual harrassment by Maria assistant manager. The same lady who told me Tracy was doing the same to her.

Maria is the same lady who told me about her and ex
7. Jason Manager stealing and got away with it.

Reported Carl and Tracy misconducts Dec 5th carl was supposed to start work that night 10pm late started
8. 9am Tracy went to pick him up.
Dec 6th told Tracy about Carl selling drugs the day we worked called off on Dec 7th because I was too mad working busting my butt and he selling
9. Carl is a white American Cashier, Tracy A white American store Manager would give carl 52 hours aweek i asked for overtime the day i worked with Justice who needed help was told No. I apply for Manager position was told i need License to become one by Tracy and Jesse but Maria has No license

WHEREFORE, Plaintiff demands judgment against defendant as follows:

and 3 Felonies and she is A white American Manager at store Damage payments to me.
would like to be Compensation for my lost 40 hours Removing me from Schedule $500.00 Dec 16th sent email to SD Morris Demanding 24 hours check 3:35pm havent got it seeking the fine for day $100.00. Seeking $850,000 for being Wrongfully terminated. And for Tracy telling Carl about the personal information I told him carl was selling Drugs Carl Confronted me 12:13 Am Dec 16th said Tracy told him
proof Text message complaint letter Auto Recording with ess
Ex Employee Justice on why she quit

PLAINTIFF Havard Jammu
VERIFICATION AND ACKNOWLEDGEMENT Speedway

A. I have read this document. To the best of my knowledge, information the information, contained in the document is well grounded in fact and is warranted by existing law.

B. I have not been determined by any court in Minnesota or in any other State to be a frivolous litigant or subject to an Order precluding me from serving and filing this document.

C. I am not serving or filing this document for any improper purpose, such as to harass the other party or to cause delay or needless increase in the cost of litigation or to commit a fraud on the Court.

5

D. I understand that if I am not telling the truth or if I am misleading the court or if I am serving of filing this document for any improper purpose, the court can order me to pay money to the other party, including reasonable expenses incurred by the other party because of the serving of filing of this document such as court costs, and reasonable attorneys fees.

Howard Jackson
PLAINTIFF

ADDRESS
153 Emerson Ave E #204 West St. Paul
Min 55118

TELEPHONE 651-508-7916

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____DAY OF _____,20__

_____
NOTARY PUBLIC/COURT CLERK

MY COMMISSION EXPIRES_____

4  Page # 1  M.e

Howard Jackson          12/16/2019

Speedway 1285 S Robert st
West st. Paul MN 55118
Cashier employee

the Text and pic
Recording will show
who is right and wrong
at the End

TO: The Speedway Corpurations in Minnesota
TO: Speedway Corporations / Marathon petroleum
Headquarters 500 speedway Drive
Enon ohio

Filed in District Court
State of Minnesota
DEC 23 2019

(A) Notice. to take civil action

(B) My Complaint whistleblower illegal
activities

(C) wrongfully Actions tating against me
by; managers (#1) Tracy (#2) Maria (3)
(4) District manager...

(#4) Maria Spoliation on last manger of
store Black guy Jason

(#5) Carl

Demand 30 day's t
Work it out settel or
Sorry would have t
proceed in civil cour

Howard Jackson
Cell # 651-508-7916

Can Show more proof in Court if we
Can't agree. #(1) Text message #(2) Pic
12/23/2019          (#3) Audio Recordering

②

Hi My name Howard Jackson  A 3 yrs
Resident ON Emerson West st Paul A
True time regular.

Before I got hired I believe Jason his
name of last store manager Black guy
and manager Maria the ② was running
Store.

Spoliation Maria store manager told me
it was good Jason left because the ②
was Stealing carton of cigarettes and
lottery.

Also maria stated the Stud lady black America
Ex employee who got fired for Stealing a
Carton of Cigarettes.

Was trespass from store but still comes in store
because of friendship of her and Maria ma
check Cameras the Shift we worked together Me
and Maria stud came in back before by Dish are

How do i know all this because Maria came up to
Me asked for my # before I got hired got text
to prove it on phone..

>

②

Hi My name Howard Jackson A 3 yrs Resident ON Emerson West st paul A true time regular.

Before I got hired I believe Jason his name of last store manager Black guy and manager Maria the ② was running store.

Spoliation Maria store manager told me it was good Jason left because the ② was stealing carton of cigarettes and lottery.

Also maria stated the stud lady black Americ EX employee who got fired for stealing a carton of cigarettes.

was trespass from store but still comes in store because of friendship of her and maria ma check cameras the shift we worked together me and maria stud came in back before by Dish are

How do i know all this because Maria came up to me asked for my # before I got hired got text to prove it on phone.

→

3

My Concerns grew due to me thinking
she had gotten too personal with me And
we or i have never done anything to her person...

Started on NOV 12th 2019 when i texted
Store Manager Tracy showed a pile of
scratch tickets. and ONLy only one has been
played.

A.M shift I was working that day me and
Maria and another lady worker asked anyo...
both did anyone touch the tickets.

Both responce was No that what made me text
big boss Tracy. Told me don't worry about it.

Get more worse thanthis heard rumors
Carl like to drink and show up at work time
Drunk.

I had to witness it my self one day Maria
asked me. When she get off did I wanted to dr...
said yes.

Carl asked me ~~and~~ to bring him a beer up to wo...
So i did just that as Maria took me to ster...
put beer on the side that was off the proper...
Maria need the whole time what i did..

#4

ON NOV 18th 9:02 pm BOSS Tracy tested
Me about the drama that happened with
EX-employee lady and maria..

Me and EX-employee was friends So i asked
her was it true what Maria Said about you
She didn't liked that,,

Night before Me and Maria was drinkin
I had left my phone in Car,
And maria called the Store to See if I
Still there.

Thats when EX-worker confronted Maria
on phone about it.

Maria Came up to JOB cussing Me out
loud outside when people was around
My cousin. And a lady who filed out
application and didn't get Job. black Am

Tracy Stated in text talk tomorrow and
Said Stay away from drama man don't
went it to cost your Job.

$\Rightarrow$

#4

ON NOV 18th 902 pm BOSS Tracy texted
me about the drama that happened with
EX-employee lady and maria.

Me and EX-employee was friends So i asked
her was it true what maria Said about you
she didn't liked that.

Night before Me and Maria was drinkin
I had left my phone in Car.
And maria called the Store to See if I l
Still there.

That's when EX-worker confronted maria
on phone about it.

Maria Came up to Job cussing me out
loud outside when people was around
my cousin. And a lady who filed out
    application and didn't get Job. black Am

Tracy stated in text talk tomorrow and
said Stay away from drama man don't
want it to cost your Job.

$\longrightarrow$

(5)

I texted back said Nothing should
Cost me my job if you had a manger
out of line.

Then told Tracy She is the same lady
who showed me text that you harassing ?
Saying Nasty things. And sending long
Text message,

Then told Tracy about her and last mang.
and E4 worker stud lady stealing.

Then told him to check cam eras the day bed
the clock in-out office, Maria had
legs all poped open in Air in chair ~~sitt~~

Said when you going to give it to me ↑↑↑
told Tracy about the text Maria send me
on Nov, 8th 909 pm,

Saying Screenshots can be a bitch, I toi
you he was creepy Maria ~~thalking~~ about
   tracy,

Seen and heard it all about big boss sto
Manager Tracy,

Tracy told me to stop worrying about the misconducts in store the big people in office would Find and cat~ them stealing.

(Discrimination) Tracy can bust and show me and everyone else cameras in back. of Ex black American worker stealing her and Ex Speedway boyfriend.

But Tracy wouldn't do nothing about me say Maria and Jason was stealing and told tracy of the blunt wrap Maria said she stole for me at work.

Not pointing fingers Just Exposing th truth of illegal Misconducts at Speedwa

Spoil-Alert It was and had to be true about the friendship of Tracy and the col why A white guy Miss over I week of work and you guys let him back in..

Why everytime a black American worker mis day's. Then Tracy goes around telling every, if Shay, Justice, Miss any day again would fired,

→

Tracy told me to stop worrying about the misconducts in store the big people in office would Find and cat them stealing.

(Discrimination) Tracy can bust and show me and everyone else cameras in back. oF EX black American worker stealing her and EX Speedway boyfriend.

But Tracy wouldn't do nothing about me say Maria and Jason was stealing and told tracy of the blunt wrap maria said she stole for me at work.

Not pointing fingers Just Exposing th truth of illegal misconducts at Speedwa

Spoil-Alert It was and had to be true about the friendship of Tracy and the co why A white guy miss over 1 week of work and you guys let him back in.

Why everytime a black American worker mis day's, Then Tracy goes around telling every if shay, Justice, miss any day again would fired!

$\longrightarrow$

\#

⑦    White American
Carl, Tracy, maria get away with illeg.
thing's.

how. Why did Tracy go pick-up Carll
at 2am and Carl was supposed to be at
work at 10pm on (Dec 5th) ~~❌❌~~ 2019.

Really tight relationship the ② have
why did i called off on Dec 7th wasn't
feeling too good.

But really was mad what happened on my
shift on Dec 6th 2019.

Carl was selling drug's that whole night
while i busted my butt.

Just look at camera's by the Drinks area
Hot chocolate. Can be seen saying to 1
black American lady.

Also Carl could be seen getting scared
when a heavyset police officer walked i
and Carl Dumpping Drug's in trash can
by Hot chocolate. Can seeing him lookin
in it when police left store.

$\longrightarrow$



(8)

Carl is Not a manager so why would tracy give him safe # Carl bragg about .

How come Carl gets overtime of over ?? of O.T is he clocking out Maybe Not on what he told maria and me all (3) working that day u could leave early leave me with your Clock out # = got you

his check was over $1500,00 a few t? Shoued me pay tubs in store braggry

But wouldn't let me get some OT when working with other people who asked to stay longer with tracy telling me

Tracy blocked me on Phone on Dec 14 said Jussic big man told him to do s

The problem was all the water an Floor people kept complaining about talking about if they fall they would sue compa

Told tracy Nobody wants to mop and not Job to force anyone so asked to lock o door to keep it Dry and No liability o company if someone fall told me don't worried about it.

(8)

Carl is Not a manager so why
Would tracy give him safe # Carl bragg
about.

How come Carl acts overtime of over ?
of O.T is he Clocking out Maybe not
on what he told maria and me all (3)
working that day u could leave early leave
me with your Clock out # I got yo

his check was over $1500,00 a few t
Shawed me pay tubs in store braggin

But wouldn't let me get some O.J when
working with other people who asked
to stay longer with tracy telling me

Tracy blocked me on Phone on Dec 14
said Jussic big man told him too do s

The problem was all the water an Floor
people Kept Complaining about talking
about if they fall they would sue compa

Told tracy Nobody wants to mop and not
Job to force anyone so asked to lock o
door to keep it Dry and No liability o
company if Someone fall told me don't
worried about it.

Before all that had happened George
Made me call Tracy.

Because he said why locking doors told
him why mad said getting tired of
fucking mopping by me self.

He ringing people me mopping said Be
dont cuss or talk to me like that

I said I didn't he got in his feelin'
yall can see on camera's A customer come
to the backroom Dish spot.

And said you are doing the right thing
who cares what they say he said. And
said George was wrong for cussing and
getting in his feelings.

He is A white boy that Tracy would b.
Me and said id's/ A write up for me
the next day in office with maria are

I then told tracy maria that i would
be Audio recording on phone and brou
up all illegal misconducts Tracy then say
to clockout and leave.

→

#19

Didn't know i was still Recording when i was oN Phone with District man

Would of think he would listen what happened Next was him being rude.

first thing he asked don't call My Phone 3 times blowing it up after i didn't pic up the first time.

Blew Me away i steted this is oNly My first time calling you Tracy was blowing his phone up ..

Then stated next why i kept blowing the Phone up when he at home spending time with family.

He couldn't be for real I called Tracy onc about the wet floor. And hung up on him after him telling Me couldn't be talk to workers like that.

And Tracy didn't know the full Story Then blocked Me ..

#19

Didn't know i was still Recording
when i was on phone with District man

would of think he would listen what
happened Next was him being rude.

first thing he asked don't call My Phone
3 times blowing it up after i didn't pic
up the first time.

Blew me away i steted this is only my
first time calling you Tracy was blowing
his Phone up..

Then stated next why i kept blowing the
Phone up when he at home spending time
with family.

He couldn't be for real I Called Tracy once
about the wet floor. And hung up on
him after him telling Me couldn't be talk
to workers like that.

And Tracy didn't Know the full Story
Then blocked me..

#11

Told Speedway District manger ~~we~~
we should set a time to meet up abo
personal illegal misconducts going on.

with Maria, Carl, Tracy told him my
concerned are bigger than big

The District manger set a time to meet
me at 9am on Dec 16th monday 2019
at Speedway Job.

Told him will have complaint and notice
to sue letter meeting up.

Statement told tracy I want back the
hours he hired me for 2pm- 10pm
After the maria thing he put me on
6pm -2am told him so many times
didn't like it or want to work them hours

Told Tracy why my hours changed due to
maria thing going on he said no
it's a lied.

Then moved Maria to morning shift
me working crazy hours i didn't get
hired for.

Marked day i wanted off on calendar +
with the reason why and told me that
not going to work.     ⟶

(12) of the illegal things I said he was doing
Asked me why did I

, well it sure didn't worked out
it went to tracy the Fav,

I left store was off Sunday - monday
today Dec 15th, I went to my store, Job
, that is around the corner where
, I live on EMERSON AVE E West St. Paul,

Co-workering asked did i check schedule
said No i should,
So i went on to back to check it and
Notice Tracy and District manager too
Me off the whole 7 day's work schedul

With out Me Knowing and More misco
on Me Reporting misconducts illegal Activ

Notice to Sue for compensation of 40
a week i worked For wranfully Removing
off working Schedule for one week
Seeking $ 400.00 around what i make
tubs ••

Wrongfully Retaliation on Me have
Audio Recording and Proof of doing so
and discriminated against Me For Report
illegal misconduct on Carl, Tracy, maria
Seeking damage of $ 850,000.

Should had Never been wrongfully on afte
Reporting illegal misconducts on doing w
i thought would be right,.

(12) of the illegal things I said he was doing
Asked me why did I

Well it Sure didn't worked out
it went to tracy the Fav,

I left Store was off Sunday - Monday
today Dec 15th i went to my Store, Job
, that is around the corner where
i live on Emerson Ave E west St. Paul.

Co-workering asked did i check schedule
Said No i should.
So i went on to back to check it and
Notice Tracy and District manager to
Me off the whole 7 day's work Schedu

With out Me Knowing and more misco
on Me Reporting misconducts illegal Activ

Notice to Sue for compensation of 40
a week i worked For wronefully Rremoring
off working Schedule for one week
Seeking $ 400.00 around what i make o
tubs ••

Wrongfully Retaliation on me have
Audio Recording and proof of doing So
and discriminated against me for Report
illegal misconduct on Carl, Tracy, maria
Seeking damage of $ 850,000.

Should had never been wrongfully on afte
Reporting illegal misconducts on doing wh
i thought would be right.••